# In the United States District Court for the Southern District of Georgia Waycross Division

SANTIAGO ALEJANDRO RAMOS,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

Respondents.

CV 5:26-1006

**ORDER**

Before the Court is a stipulation of dismissal, dkt. no. 14, wherein the parties notify the Court that they wish to dismiss this action. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 2 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA